UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. SANTORO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01329-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $402.00 FILING FEE<br><br>(ECF No. 6) |

　　　Plaintiff Anthony J. Smith is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Plaintiff filed the instant action on September 3, 2021.  On September 7, 2021, the Court directed Plaintiff to submit a complete application to proceed in forma pauperis or pay the $402.00 filing fee within forty-five days.  (ECF No. 4.)

　　　On October 21, 2021, Plaintiff filed a response to the Court's September 7, 2021 order.  (ECF No. 6.)  Plaintiff submits that he has submitted all the necessary paperwork to the trust account office at North Kern State Prison, but his request has not been accommodated.  Plaintiff attaches a copy of his prison trust account statement which reflects that as of September 14, 2021, he had a balance of $1,920.69 in his account.  Plaintiff also attaches a copy of an inmate request for interview which reflects that as of October 5, 2021, the accounting office had not received any trust account withdrawal requests and Plaintiff was advised to resubmit any requests.  Because it appears the prison accounting

1

office has not received Plaintiff's request, the Court will grant Plaintiff thirty (30) days to submit the $402.00 filing fee.

IT IS SO ORDERED.

Dated: **October 25, 2021**

UNITED STATES MAGISTRATE JUDGE