UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. SANTORO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01329-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN TWENTY-ONE DAYS<br><br>(Doc. No. 10) |

Plaintiff Anthony J. Smith is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff be required to pay the filing fee to proceed with this action. (Doc. No. 10.) The magistrate judge found that plaintiff has sufficient funds in his prison trust account to pay the $402.00 filing fee. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*. at 3.) No objections were filed and the time to do so has passed.

/////

/////

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 29, 2021, (Doc. No. 10), are adopted; and

2. Within **twenty-one (21) days** following the date of service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed.

IT IS SO ORDERED.

Dated: **January 12, 2022**

UNITED STATES DISTRICT JUDGE