# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH, | Case No. 1:21-cv-01329-JLT-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PAY THE FILING FEE |
| K. SANTORO, et al., | (ECF No. 14) |
| Defendants. | |

Plaintiff Anthony J. Smith is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 13, 2022, the Court ordered Plaintiff to pay the $402.00 filing fee for this action within twenty-one days.  (ECF No. 12.)

On January 26, 2022, Plaintiff filed a response to the January 13, 2022 order.  (ECF No. 14.) Plaintiff contends that he is in the process of having a check in the sum of $402.00 mailed to the Court.  On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted thirty (30) to pay the $402.00 filing fee for this action.

IT IS SO ORDERED.

Dated:  __**January 27, 2022**__

UNITED STATES MAGISTRATE JUDGE

1