|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY J. SMITH, | ) Case No. 1:21-cv-01329-JLT-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| K. SANTORO, et al., | ) |
| Defendants. | ) |

Plaintiff Anthony J. Smith is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2022, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 30 days. (Doc. 12.) The Court cautioned Plaintiff that failure to pay the filing fee as ordered will result in dismissal of the action without further notice. (*Id.* at 2.)

On January 27, 2022, the Court granted Plaintiff an extension of thirty days to pay the filing fee. (Doc. 15.) To date, Plaintiff has not paid the filing fee and the time to do so has passed.

///

///

///

1

Accordingly,

1. This action is dismissed for failure to pay the filing fee and failure to obey a court order; and,
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __March 7, 2022__                    *Jennifer L. Thurston*
                                            UNITED STATES DISTRICT JUDGE