UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. SANTORO, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01329-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. 21) |

Plaintiff Anthony J. Smith is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2022, the assigned magistrate judge issued findings and recommendations recommending that the instant action be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute.  (Doc. 21.)  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days.  (*Id*. at 9.)  No objections were filed and the time to do so has passed.

/////

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations (Doc. 9) are **ADOPTED IN FULL**.
2. The instant action is **DISMISSED** or failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

_____
UNITED STATES DISTRICT JUDGE

2