UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. SANTORO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01329-JLT-SAB (PC)<br><br>ORDER SETTING ASIDE JUDGMENT, REOPENING CASE, AND REMANDING CASE TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(Doc. 28) |

　　　　The assigned magistrate judge recommended that the instant action be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute. (Doc. 21.) No objections were filed and the time to do so passed.

　　　　On July 11, 2022, the undersigned adopted the findings and recommendations in full, and the case was dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. (Doc. 24.) Judgment was entered the same day.

　　　　On the same day, Plaintiff filed a request for extension of time to file objections, in which he contended that there was no access to the law library due to an outbreak of the COVID-19 virus. (Doc. 26.) Thereafter, the magistrate judge granted Plaintiff an additional fourteen days to file objections to the findings and recommendations. (Doc. 27.)

　　　　Instead of filing objections, Plaintiff lodged a first amended complaint without leave of court.

1

Having preliminarily reviewed that document, the Court believes the most efficient way to proceed is to set aside the judgment and refer the first amended complaint to the magistrate judge for screening. Accordingly,

1. The July 11, 2022, order adopting (Doc. 24) the June 1, 2022, findings and recommendations (Doc. 9), and the associated judgment (Doc. 25), also entered July 1, 2022, are VACATED
2. The Clerk of Court is directed to reopen this case.
3. The matter is remanded to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 18, 2022**__             *Jennifer L. Thurston*
                                            UNITED STATES DISTRICT JUDGE