UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. SANTORO, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01329-JLT-SAB (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND DIRECTING CLERK OF COURT TO CLOSE THE ACTION**<br><br>(Doc. 30) |

　　　　The assigned magistrate judge screened the First Amended Complaint and found Plaintiff failed to state a cognizable claim. (Doc. 30.) In addition, the Court determined that further leave to amend would be futile given Plaintiff's failure to cure the deficiencies previously identified to him. (*Id.*)

　　　　The Court served the Findings and Recommendations on Plaintiff. It contained notice that any objections were to be filed within 14 days after service. (*Id*. at 9.) The Court advised Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, Plaintiff has not filed objections, and the time to do has expired.

　　　　According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the magistrate judge's

1

Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on August 30, 2022 (Doc. 30) are adopted in full.

    2.    The instant action is dismissed for failure to state a cognizable claim for relief.

    3.    The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **September 27, 2022**

UNITED STATES DISTRICT JUDGE